# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D2023-2382

———————————————————

REGINALD A. WALKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition for Writ of Certiorari—Original Jurisdiction.


September 11, 2024


PER CURIAM.

The Court dismisses this case for lack of jurisdiction. *See Thomas Home Corp. v. Emerald Coast Utils. Auth.*, 315 So. 3d 793, 793 (Fla. 1st DCA 2021).

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Reginald A. Walker, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.